UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| | : | 8-cr-548-7 (DC) |
| JOSE TAVERAS | | |
| | : | |
| Defendant. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CHIN, Circuit Judge:**

        It is hereby ordered that the transcript for today's proceedings, as well as the parties' sentencing submissions, shall be sealed, with copies to be made available to counsel for both sides.

        SO ORDERED.

Dated:    August 7, 2025

_____
DENNY CHIN
United States Circuit Judge